**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-7650**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BOBBY NELSON COLLINS, JR.,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:17-cr-00033-EKD-JCH-1)

─────────────

Submitted:  August 12, 2022                  Decided:  August 15, 2022

─────────────

Before KING, AGEE, and WYNN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Bobby Nelson Collins, Jr., Appellant Pro Se.  S. Cagle Juhan, Charlottesville, Virginia, Kari Kristina Munro, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Nelson Collins, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's order granting or denying a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the district court did not abuse its discretion. We therefore affirm the district court's order. *United States v. Collins*, No. 7:17-cr-00033-EKD-JCH-1 (W.D. Va. Oct. 27, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*